CATALINA CORDERO VÉLEZ, recurrente, *v.* REGISTRADOR DE LA
PROPIEDAD DE SAN JUAN (Sección Segunda), recurrido.

*Número:* G-63-4        *Resuelto:* 21 de enero de 1964

*Pedro Amado Rivera,* abogado del recurrente. El Registrador re-
currido no compareció.

Sala integrada por el Juez Asociado Señor Belaval como Presi-
dente de Sala y los Jueces Asociados Señores Hernández
Matos y Santana Becerra.

EL JUEZ ASOCIADO SEÑOR BELAVAL emitió la opinión del Tribunal.

Por escritura Núm. 6 de 15 de marzo de 1960, doña Cris-
pola Jorge Velázquez le vendió a doña Catalina Cordero
Vélez un condominio de veinticinco céntimos de cuerda sobre
una finca rústica de cinco cuerdas y cuarenta y nueve cen-
tésimas de otra. Al solicitarse la inscripción de la compra del
condominio, el Registrador de la Propiedad de San Juan,
Sección Segunda, la denegó por observar "que la venta que
comprende de un condominio de 25 céntimos de cuerda, equi-
vale a una lotificación, no habiéndose obtenido la aprobación
de la Junta de Planificación de Puerto Rico".

No tiene razón el Registrador. Ampliando nuestra doc-
trina en el caso de *Biascoechea* v. *Registrador,* 76 D.P.R. 249
(Marrero) (1954) cita precisa a la pág. 253, referente a una
hipoteca sobre porción indeterminada, podemos decir que en la

compra de un condominio indiviso se da la misma situación que en la hipoteca sobre porción indeterminada, y no se produce, la división o subdivisión de un solar, predio o parcela de terreno en dos o más partes que constituye la lotificación, pues el derecho sobre la propiedad queda establecido mediante una mera relación numérica con el título aunque repose sobre la totalidad del inmueble poseído en común.

*Debe revocarse la nota denegando la inscripción del Registrador de la Propiedad de San Juan, Sección Segunda, de fecha 24 de enero de 1963, y ordenarse la inscripción del documento.*